UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AJ RUIZ CONSULTORIA EMPRESARIAL
S.A.,

                       Plaintiff,              21-cv-6018 (PKC)
                                                    21-cv-6020 (PKC)
      -against-                           ORDER

BANCO BILBAO VIZCAYA ARGENTARIA
S.A., et al;
BANK OF CHINA LIMITED, et al.,

                       Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Plaintiff may amend its complaint in 21-cv-6020 on November 17, 2021, the date the amended pleading is due in 21-cv-6018. The conferences in 21-cv-6018 and 21-cv-6020 are adjourned from November 22, 2021 to December 16, 2021 at 11:00 AM and will be held via telephone (Dial-in: 1-888-363-4749; Access Code: 3667981).

       SO ORDERED.

                                                 P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       October 25, 2021